

# FARRELL FRITZ, P.C.

| | EAB Plaza | |
|---|---|---|
| 290 Broad Hollow Road | Uniondale, New York 11556-0120 | 2488 Montauk Highway |
| Melville, NY 11747 | PHONE: (516) 227-0700 | P.O. Box 1980 |
| Phone: (631) 547-8400 | FACSIMILE: (516) 227-0777 | Bridgehampton, NY 11932 |
| Fax: (631) 547-0501 | www.farrellfritz.com | Phone: (631) 537-3100 |
| | | Fax: (631) 537-5049 |

January 14, 2005

ERIC W. PENZER
ASSOCIATE
DIRECT DIAL: (516) 227-0618
DIRECT FAX: (516) 336-2259
epenzer@farrellfritz.com

OUR FILE NUMBER
16015-100

**By ECF and Facsimile**
Hon. Edward R. Korman
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Branch Bank & Trust Co. v. Interamerican Mortgage Corp.,
CV 02-4331 (ERK) (ASC)**

Dear Chief Judge Korman:

    This firm represents the plaintiff in the above-referenced action. In accordance with my telephone conversation last week with Your Honor's law clerk, I am filing herewith a proposed Judgment along with the Bill of Costs and supporting documentation. We thank Your Honor for your time and attention to this matter.

                          Respectfully submitted,

                          Eric W. Penzer

EWP:me
cc:    Andrew Curto, Esq. (by facsimile)